IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ARTHUR LEE GRIGGS, AIS #129969,   :

    Plaintiff,                                                  :

vs.                                                                :    CIVIL ACTION 12-0045-CG-N

KIM THOMAS, et al.,                                  :

    Defendants.                                            :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

**DONE and ORDERED** this 28th day of September, 2012.

.
                                                          s/Kristi K. DuBose for Callie V.S. Granade
                                                          CALLIE V.S. GRANADE
                                                          UNITED STATES DISTRICT JUDGE